```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DEUTSCHE BANK AG, LONDON BRANCH,                                        :
                                                                        :
                         Plaintiff,                                     :
                                                                        :       24 Civ. 4567 (JPC)
     -v-                                                                :
                                                                        :             ORDER
FINEPOINT CAPITAL LP et al.,                                            :
                                                                        :
                         Defendants.                                    :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The parties are directed to appear at a telephonic conference at 3:00 p.m. on July 8, 2025. Unless the Court orders otherwise, the Court will conduct the conference via Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The parties should be prepared to discuss the following issues at the conference:

1. Whether Plaintiff's Complaint, Dkt. 1, plausibly alleges Defendants' state(s) of citizenship for purposes of establishing complete diversity of citizenship under 28 U.S.C. § 1332. *See, e.g.*, *Pattern Energy Grp. LP v. Perillo*, No. 25 Civ. 785 (JLR), 2025 WL 1112848, at *3 (S.D.N.Y. Apr. 15, 2025) ("Since [the party] is a limited partnership, its citizenship depends on the citizenship of each of its general and limited partners."); *FD Special Opportunities V, LLC v. Silver Arch Cap. Partners, LLC*, No. 21 Civ. 797 (JLR), 2022 WL 16837967, at *2 (S.D.N.Y. Nov. 9, 2022) ("Courts in this Circuit consistently find subject matter jurisdiction lacking where, like here, the plaintiff has not specifically alleged the identity and citizenship of each member of each relevant limited liability company.").

2. Whether Plaintiff's First and Third Causes of Action, for breach of contract, are properly analyzed pursuant the standards for alleging breach of a binding Type II preliminary agreement and, if so, whether Plaintiff plausibly alleges that Defendants failed to negotiate a final Assignment of Claim Agreement in good faith. *See, e.g.*, *Gas Nat., Inc. v. Iberdrola, S.A.*, 33 F. Supp. 3d 373, 378-85 (S.D.N.Y. 2014); Dkt. 29 at 14-18.

      SO ORDERED.

Dated: July 2, 2025  
       New York, New York  
                                                                             JOHN P. CRONAN  
                                                                           United States District Judge